UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY [illegible] D.C.
05 OCT 27 PM 4:45
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JACQUELINE HURT,

Petitioner,

v. No. 05-2540-Ma

REUBEN HODGE,

Respondent.

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed October 26, 2005. The issuance of a certificate of appealability under amended 28 U.S.C. § 2253 is denied. Any appeal in this matter by Petitioner, proceeding *in forma pauperis*, is not taken in good faith.

**APPROVED:** [signature]

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October 27, 2005

DATE

**THOMAS M. GOULD**

CLERK

(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-28-05

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02540 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

Jacqueline Hurt
MARK LUTTRELL CORRECTIONAL CENTER
264130
6000 State Road
Memphis, TN 38134

Honorable Samuel Mays
US DISTRICT COURT